```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  X
                                        :   UNSEALING ORDER
UNITED STATES OF AMERICA                :   S2 22 Cr. 629 (PKC)
                                        :
        - v. -                          :
                                        :
HENRY FELIZ ARIAS,                      :
ELVIS GUERRERO,                         :
JEMYNI TRUE, and                        :
TRENTON MICHAEL JUDKINS,                :
                                        :
                  Defendants.           :
                                        :
- - - - - - - - - - - - - - - - - - -  :
                                        X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jun Xiang;

It is found that the S2 Superseding Indictment in the above-captioned action, S2 22 Cr. 629, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the S2 Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       March 20, 2023

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE