UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

FELIZ ARIAS,

               Defendants.
-----------------------------------------------------x

ORDER

22 CR 629 (PKC)

P. Kevin Castel, U.S.D.J.

      There is a conference scheduled on July 13, 2023 at 4:00 p.m. in Courtroom 11D for possible substitution of counsel. Dawn M. Cardi, a member of the CJA panel, is provisionally appointed counsel for Feliz Arias.

      SO ORDERED.

                                             P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
         June 30, 2023