UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             S2 22 CR 629 (PKC)

      -against-                                                  ORDER

HENRY FELIZ ARIAS,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for November 30, 2023 is adjourned until January 10, 2024 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue to review discovery. Accordingly, the time between today and January 10, 2024 is excluded.

        SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
           November 27, 2023