UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :                    ORDER
          -against-                  :
                                     :              22 CR 629 (PKC)
FELIZ ARIAS,                         :
                                     :
               Defendants.           :
-------------------------------------------------------x

P. Kevin Castel, U.S.D.J.


          The TIME for the final pretrial conference scheduled on June 20, 2024 is

moved up to 2:00 p.m. in Courtroom 11D.

          SO ORDERED.



                                          _____
                                                    P. Kevin Castel
                                               United States District Judge


Dated:  New York, New York
        June 7, 2024