UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Henry Feliz Arias,

                *Defendant.*

[PROPOSED]
ORDER

22 Cr. 629 (PKC)

WHEREAS, with the consent of defendant Henry Feliz Arias (the "defendant"), the defendant's guilty plea allocution to Counts One, Two, and Three of the S2 Superseding Indictment (the "Indictment") was made before a United States Magistrate Judge on July 3, 2024;

WHEREAS, a transcript of the defendant's plea allocution was made and thereafter transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea to the Indictment knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the guilty plea of the defendant is accepted.

SO ORDERED:

Dated: New York, New York
       July  5 , 2024

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK